U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 16 2026

FILED

# UNITED STATES DISTRICT COURT

Southern for the

District of Georgia

Dublin Division

Kendrick L Dixon
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Deputy Codi martin, sheriff Larry Dean, Laurens County sheriff Dept.
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kendrick L. Dixon
All other names by which you have been known: Ken
ID Number: 147281
Current Institution: Laurens County Sheriff Dept
Address: 511 Southern Pines Rd.
Dublin (City) GA (State) 31021 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Deputy Codi Martin
Job or Title *(if known)*: Deputy
Shield Number: –
Employer: Laurens County Sheriff Dept.
Address: " Southern Pines Rd.
Dublin (City) GA (State) 310[illegible] (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Sheriff Larry Dean
Job or Title *(if known)*: Sheriff
Shield Number: –
Employer: Larens County lawenforcement
Address: 511 southern pines Rd.
Dubline (City) GA (State) 310[illegible] (Zip Code)

☑ Individual capacity ☐ Official capacity

Defendant No. 3

Name: "LEC"

Job or Title *(if known)*: Laurens County Sheriffs office

Shield Number: —

Employer: County of Laurens

Address: 511 southern pines Rd.

Dublin | GA. | 31021
City | State | Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City | State | Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My IV. Amendment right was violated as well as my V Amendment, VI Amendment, VIII ~~Amen~~ Amendment and the XVI Amendment rights were violated

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

That my 4th, 5th, 6th, 8th, and 14th amendment rights were violated

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Have attached a compliant, and in the Legal Claims portion is my response.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The road in which the arrest [illegible] is New Buckeye Rd. Dublin GA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 26 2025

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Have a complaint attached and my response is in the Legal claims, and Facts part

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken finger and injury to my left foot

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My Claim and restution request are attached and can be read in the Relief portion of my complaint

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [ ] Yes
- [x] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Have evidence of grivences that were ~~written~~ - attached

2. What did you claim in your grievance?

That the deputy removed $2000 or more dollars from my persons. Money never recovered

That my 4th, 5th, 6th, and 8th amendments were violated

3. What was the result, if any?

none

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Filing this form for justice

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/17/2026

Signature of Plaintiff: Kendrick Dixon

Printed Name of Plaintiff: Kendrick L. Dixon

Prison Identification #: 147 281

Prison Address: 511 Southern Pines

Dublin (*City*) GA (*State*) 31021 (*Zip Code*)

### B. For Attorneys

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Address: ______

*City* ______ *State* ______ *Zip Code* ______

Telephone Number: ______

E-mail Address: ______

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

KENDRICK LAVAR DIXON

V.

Deputy CODI MARTIN, SHERIFF LARRY DEAN/
LAURENS COUNTY SHERIFF ENFOURCEMENT CENTER

# COMPLAINT

1. SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISON

1. This is a civil action 42 U.S.C Section 1983 to redress the deprivation, under color of law, of rights secured by the constitution of the United States. This court has jurisdiction under 28 U.S.C Section 1331 and 1334(a)(3)

2. Plaintiff Kendrick LAVAR Dixon claims for ~~injunctive~~ declaratory relief pursant to 28 U.S.C. Section 2201 and 2202.

2. Plantiff Kendrick Lavar Dixon claims ~~dec~~ injunctive relief are authorized by 28 U.S.C Section 2283 and 2284 and Rule 65 of the Federal Rules of Procedure

Plaintiff Kendrick LAVAR Dixon wishes the court to grant this complaint "IN FORMA PAUPERIS" Rule 4(E) of the Federal Rules of the Civil Procedures.

II. PLAINTIFF

3. Plaintiff Kendrick Lavar Dixon is and at all times mentioned 19 months and going a inmate of the state of Georgia in custody of the LEC

4. Plaintiff is currently confined in the Laurens County Enforcement Center

III. DEFENDANTS

5. Defendant Deputy Codie Martin was or is a deputy of Laurens County sherriff department. The defendant was/is responsible for the duty of a peace officer and sworn under oath, under the "color of law" a servant of the people

6. Defendant Larry Dean is the sheriff of the Laurens county sherriff department holding the highest position responsible by sworn oath for the training, hiring and the housing of the accused and those convicted of crimes

7. Laurens County sherriff department is the entity that these officials of the laws of georgia and United States of America have or have been serving as the peace keepers and public security

IV. Facts

8. On or around January 26, 2025 Plaintiff Kendrick Lavar Dixon was arrested by Deputy Codi Martain of the Laurens county sherriff office.

9. On said day mentioned Deputy Codi Martain was following the plaintiff for 2 to 3 miles without incident on New Buckeye Rd.

10. While being followed by the defendant Deputy Codie Martain the plaintiff turned in to a short road in a place to turn around, where at the front of this road sat a former sherriff truck with faded stickers and a occupant. As the plaintiff passed the former sherriff truck to make a legal U turn around..

11. While coming back to the highway the older 50-55 yrs old white male with a former sheirriff uniform in the former sheriff ~~truck~~ gets out and stands in the door of the driverside without badge or sherriff I.D. and pulls a chrome hand pistol drawn in his hand causing the plaintiff to immedatily stop. The plaintiff asks the white male what the issue was and he didn't answer. The plaintiff proceeded to tell the white male the reason he was turning around to travel in the opposite direction

12. While trying to get a understanding from the white male in the former sheriff truck the Deputy Codie Martin whom was following the plaintiff has made a way back to where the short road is never turning on emergency lights or any stop lights

13. The plaintiff Kendrick Dixon then tells the Deputy Codi Martin the the older white male in the former sheriff truck just cause me to stop by pulling out his firearm. Deputy Codi Martin then just ask plaintiff my name and asked me was the truck mine and where did the plaintiff whose Rims were on the back of the truck.

Exibit Di 14. Plaintiff Kendrick Dixon tells Deputy Codie Martin the truck was his wifes, but we just sold the truck and the plaintiff was called to do mechanic work due to electrical issues that had occurred. Plaintiff gives Deputy Codi Martin his first name and ask him what was the issue. Never did Deputy Codi Martin question the old white male on why he pulled his firearm.

Deputy Codi Martin tried running plaintiffs name several times he comes back with nothing. The Deputy Codi Martin then asks what my wife phone number is and proceeds to try and call her with no success being the result.

15. Deputy Codi Martin never asks for my liscence and insurance or registration. Seeing that we were getting nowhere the plaintiff finally and freely gives Deputy Codi Martin his I.D to allow him to run my social and name as well as telling Deputy Codi Martin that he the plaintiff is on federal propation

Deputy Codi Martin runs my information through dispatch and still seems not to be able to bring up the plaintiff's information.

16. At this time while Deputy Codi Martin runs the information other officers and jailers have arrived the the scene and are looking inside the truck that the plaintiff was in from the outside with flashlights. Shining their lights on the interior and the extierior of the truck the plaintiff was sitting in.

Exibit D 17. Deputy Codi Martin walks back from where his cruiser was parked. Deputy Codi Martin says that the plaintiff Kendrick Laver Dixon is under arrest for suspended liscence and giving false information. Deputy Codi Martin roughly pulls the plaintiff from the automobile cuffing the plaintiff. Deputy Codi Martin pat searches the plaintiff with the help of other officers removing approx. $3000 in cash from the plaintiffs pockets. Deputy Codi Martin places the half moneys on the hood of the plaintiffs truck he was in.

18. Plaintiff Kendrick Dixon having mental disorders tells Deputy Codi Martin to remove plaintiffs coat because the plaintiff was having an anxiety attack. Deputy Codi Martin and officers slam the plaintiff to the ground. Plaintiff Left rigg finger was fractured as well injury to his left foot

19. Plaintiff never did resist or not comply with Deputy Codi Martin or any other officer. Deputy Codi Martin placed plaintiff in the back of Deputy Codi Martin squad car and taken to the Laurens County Sherriff department or Enforcement Center.

20. Arriving at the sherriff station Deputy Codi Martin asked plaintiff if he wanted to go to the hospital while in booking and said that he was Charging the plaintiff with Driving while ligence suspended giving false information and open Container.

Exibit A 21. Deputy Codi Martin left booking and 30 minutes to an hour later saying that he found 42g in the truck the plaintiff was in. Plaintiff tells deputy Codi Martin he knows of no drugs and ask deputy Codi Martin where was the plaintiffs money he took off his persons. Deputy Codi Martin states the money was put in the truck passenger seat and was towed with the truck

Exibit B 22. When plaintiff was able to speak with his wife She tells plaintiff of charges the sherriff website says he was booked on: Trafficking marajuana and Trafficking Cocaine, but later changed to methamphetamine

Exibit E 23. On the same night plaintiff was booked the plaintiff was placed in the hole for detention in which there is no logical reason for 15 days. Plaintiff would expierience this often during his stay at LEC

Exibit C 24. Plaintiff has an at all times since arrest has be in the custody of the Laurens County Sherriff department. Plaintiff has been in the LEC for approx 20 months and has had seven court dates to appear as well as one federal revocation appearance awaiting the judgement of charges

V. LEGAL CLAIMS

25. Plaintiff legal claims are that the Deputy did not have probable cause to arrest plaintiff

Plaintiff claims that Sherriff Larry Dean has not trained or/and chose the right personel for the job

Plaintiff claims Lauren County Sherriff department is to be held accountable

26. Plaintiff claims his IV. Amendment right were violated "Unreasonable Search and seizer.

Plaintiff claims his V. Amendment rights were violated "nor shall any person be subject for the same offense to twice put in jeopardy of life or limb nor be deprived of life, liberty, or property without due process of the law".

Plaintiff claims his VI. Amendment rights were violated "the accused shall enjoy the right to a speedy and public trial; to be confronted with the witnesses against him."

Plantiff claims his VIII. Amendment rights were violated "Excessive bail shall not be required, nor excessive fines imposed, nor crueel and unusal punishment

Plaintiff claims his XVI. Amendment Section 1 rights were violated "nor shall any state deprive any person of Life, Liberty, or property without due process of the Law; nor deny to any person with in its jurisdiction the eqaal protection of the Law

VI. PRAYER FOR RELIEF

1. A declaration that the acts and omission described here in violated plaintiffs rights under the Constitution and Laws of the United States

2. A preliminary and permanent injuction ~~to~~ ordering defendant to redact Charges as well as a written apology. Written statement of training in civil right for officers of the department as well as training in mental disorder patients.

3. Compansatory damages in the amount of 1.4 million dollars against the institution of defendants

4. Punitive damages in the amount of $5,000,000 against each defendant and the amount of $3,000 against defendant Deputy Codi Martin for missing funds from truck

5. A jury trial on all issues triable by jury

6. Plaintiff cost in suit

7. Any additional relief the court deems just proper, and eqaitable.

DATE: September 17, 2026

Kendrick Dixon
1228 Ardine chapel Rd.
Wrightsville GA 31096

Exhibit (A)

# IN THE MAGISTRATE COURT OF LAURENS COUNTY
# STATE OF GEORGIA

Defendant's Name D. [illegible] L.

Date of Arrest 1/26/20[illegible]

(CHECK THIS BOX IF OFFENSE IS BONDABLE ONLY BEFORE SUPERIOR COURT JUDGE)

[ ✓ ] **NOTICE: DEFENDANT IS BEING HELD without bond pursuant to O.C.G.A. 17-6-1 - Offense bondable only before a Superior Court Judge.**

## Preliminary Arraignment Form AND Notice to Superior Court Judge

1. You are charged with the following offenses:

| Warrant Number | Offense | Felony or Misdemeanor | Bond Amt. |
|---|---|---|---|
| 2025-0199 | Trafficking Methamphetamine | (F) M | Sup Ct |
| 2025-0200 | Giving False Name & DOB | F (M) | |
| 2025-0201 | Driving W/ License Susp. | F (M) | |
| 2025-0202 | Open Container | F (M) | |
| | | F M | |
| | | F M | |
| | | F M | |
| | | F M | |

2. You have the right to remain silent and not answer any questions. If you give up your right to remain silent, anything you say can and will be used against you in Court. You have the right to an attorney and if you cannot afford an attorney, the Court will appoint an attorney to represent you.

3. Are you represented by an attorney?

(a) If yes, whom? ____________.

(b) If no, do you want the court to appoint an attorney to represent you? yes.

4. You have the right to a pre-indictment commitment hearing before you are released on bond. A request for a commitment hearing should be filed with the Chief Magistrate by you or your attorney if you are represented by an attorney.

5. You have the right to indictment by a Grand Jury in all felony cases, to an accusation in all misdemeanor cases, and a uniform traffic citation in all traffic offenses. You have the right to a jury trial in all criminal cases.

6. If you desire to waive these rights and plead guilty, notify the judge or the law officer having custody, who shall in turn notify the judge.

7. Your bond in this matter is set at total of $ Sup Ct.,
☐ Property, ☐ Cash, and/or ☐ Unsecured Judicial Release (OR).

**I understand the charges against me and I understand my rights.**

| [signature] | | [signature] | 1/27/2025 |
|---|---|---|---|
| Defendant | Date | Magistrate | Date |

**Original** - attach to warrant (Clerk's copy) **Yellow** - Superior Court Judge **Pink** - Defendant

Exibit (E)

# Laurens County Sheriff's Office

***Jail Administration***

511 Southern Pines Road
Dublin, GA 31021

★★★★★

## INMATE GRIEVANCE FORM

(Revised 6/13/2012)

**No. 4753**

| | | | |
|---|---|---|---|
| **Date** | 11/18/2025 | | |
| **Inmate Name** | Kendric Dixon | **Cell #** | A-4 |

**INSTRUCTIONS:** Inmate Grievance Forms will not be processed unless they are complete and signed. Use of Grievance Procedure will not be held against the inmate.

1. I have tried to resolve this grievance verbally with Officer/Staff LT Johnson (Name) on 11/11/25 (Date).

### Inmate's Statement

What is your grievance?

My eigth amendment rights are being violated.

no communication to outside world
no law libary
no hygiene
no fresh air
no exercise
no write up for wrong doins

civil suit request to Judge

Inmate's Signature: K D Date: 11/18/25 Time: 3:00 p.m.

Receiving Officer: Date: Time:

| Officer Response (To be completed within 7 days excluding weekends and holidays) |
|---|
| you have a phone in the cell, have access to the Courts, no outside special times per week unless restricted housing, you can exercise in the cell as the Courts have determined your cell configuration meets the Standards and we are not required to let you outside every day! |

Our disciplinary Procedures are approved by County Attorney

**Officer Signature By:** [signature] **Date:** 11.18.25

Original – Master Grievance File
Copy 1 – Returned to inmate with response
Copy 2 – Copy of grievance signed by receiving officer and returned to inmate

| | |
|---|---|
| 1. Initial Grievance Received | |
| 2. Initial Grievance Response | |
| 3. Appeal Filed by Inmate | |
| 4. Appeal Response | |
| 5. Case Closed | |

 Exibit (E2)

# Laurens County Sheriff's Office

***Jail Administration***

511 Southern Pines Road
Dublin, GA 31021

★★★★★

## INMATE GRIEVANCE FORM

**No. 4800**

(Revised 6/13/2012)

| | | | |
|---|---|---|---|
| **Date** | 12-16-2025 | | |
| **Inmate Name** | Kendrick Dixon | **Cell #** | A-4 |

**INSTRUCTIONS: Inmate Grievance Forms will not be processed unless they are complete and signed. Use of Grievance Procedure will not be held against the inmate.**

1. **I have tried to resolve this grievance verbally with Officer/Staff** Mullis **on** 12-14-2025.
(Name) (Date)

### Inmate's Statement

What is your grievance?

My grievance is I'm been miss treated and under feed as well punished repently for no reason. I feel as because I express my thoughts of my unjustness it gets worst. I've spent 37 days on lockdown or punish since being in this jail with no cause for show. I think that it is a tacktic to force me into a guilty plead as my lawyer has said. I've been searched four times in one week. Violating my rights over and over

Inmate's Signature: KD **Date:** 12/16/25 **Time:** 2:29 pm
Receiving Officer: Thompkins **Date:** 12-16-25 **Time:** 1:09

Officer Response (To be completed within 7 days excluding weekends and holidays)

**Officer Signature By:** ______________________ **Date:** ______________________

Original – Master Grievance File
Copy 1 – Returned to inmate with response
Copy 2 – Copy of grievance signed by receiving officer and returned to inmate

| | |
|---|---|
| 1. Initial Grievance Received | |
| 2. Initial Grievance Response | |
| 3. Appeal Filed by Inmate | |
| 4. Appeal Response | |
| 5. Case Closed | |

Exhibit (Ea)

# Laurens County Sheriff's Office

***Jail Administration***

511 Southern Pines Road
Dublin, GA 31021

★★★★★

## INMATE GRIEVANCE FORM

No. 4501

(Revised 6/13/2012)

| | | | |
|---|---|---|---|
| **Date** | [illegible] | | |
| **Inmate Name** | Kendrick Dixon | **Cell #** | [illegible] |

**INSTRUCTIONS:** Inmate Grievance Forms will not be processed unless they are complete and signed. Use of Grievance Procedure will not be held against the inmate.

1. I have tried to resolve this grievance verbally with Officer/Staff [illegible] (Name) on ____________ (Date).

No Handbook

### Inmate's Statement

What is your grievance?

I have been in the [illegible] with the fact that I have done nothing but smell the marijuana and have never had any in my possession. I went through the scanner the first [illegible] and scanned [illegible] the same amount of times. No one has told me why I was locked down and have been denied access to contact to the outside world. Violations of my 14th Amendment rights. What is the number of the violation that I violated?

Inmate's Signature: KD Date: 1/30/2025 Time: [illegible]

Receiving Officer: [illegible] Date: 1/31/2024 Time: 1744

Officer Response (To be completed within 7 days excluding weekends and holidays)

Officer Signature By: ____________ Date: ____________

Original – Master Grievance File
Copy 1 – Returned to inmate with response
Copy 2 – Copy of grievance signed by receiving officer and returned to inmate

| | |
|---|---|
| 1. Initial Grievance Received | |
| 2. Initial Grievance Response | |
| 3. Appeal Filed by Inmate | |
| 4. Appeal Response | |
| 5. Case Closed | |

Exibit (E1)

# Laurens County Sheriff's Office

***Jail Administration***

511 Southern Pines Road
Dublin, GA 31021

★★★★★

## INMATE GRIEVANCE FORM

(Revised 6/13/2012)

**No. 4573**

| | | | |
|---|---|---|---|
| **Date** | 10.27.2025 | | |
| **Inmate Name** | Kendrick Dixon KD | **Cell #** | A-4 |

**INSTRUCTIONS**: Inmate Grievance Forms will not be processed unless they are complete and signed. Use of Grievance Procedure will not be held against the inmate.

1. I have tried to resolve this grievance verbally with Officer/Staff Sgt. Westley (Name) on 10.27.2025 (Date).

**Inmate's Statement**

What is your grievance?

My grievance is about Sgt. Mosely and the lack of exercise and store services. I weighed 185 when I was book and in a 4 month span I gain almost 50lbs. Its either she doesn't come to work or she leaves work and goes home. I don't know her buisness, however the store isn't run as when Mrs Mckalya or Sgt. Flores run it. I don't eat certain trays as I expressed to the kitchen lady most trays are a mess or peanut butter and/or which for me is just a brown liquid with bolonge. I have state as well as Federal matters to handle, which this is a danger to my health. My family want answers as well

No sunlight or ~~No~~ fresh Air

Inmate's Signature: KD Date: 10/27/25 Time:

Receiving Officer: [signature] Date: 10/27/25 Time: 10.55

**Officer Response** (To be completed within 7 days excluding weekends and holidays)

Your cell is considered a Rec area per the Courts. It has a day-room area for exercise etc. It is your choice not to eat the food provided from Kitchen.

**Officer Signature By:** [signature] **Date:** 10-27-25

Original – Master Grievance File
Copy 1 – Returned to inmate with response
Copy 2 – Copy of grievance signed by receiving officer and returned to inmate

| | |
|---|---|
| 1. Initial Grievance Received | |
| 2. Initial Grievance Response | |
| 3. Appeal Filed by Inmate | |
| 4. Appeal Response | |
| 5. Case Closed | |

Exibit (E1)

# Laurens County Sheriff's Office

**Jail Administration**

511 Southern Pines Road
Dublin, GA 31021

★★★★★

## INMATE GRIEVANCE FORM

(Revised 6/13/2012)

**No. 4573**

| | | | |
|---|---|---|---|
| Date | 10.27.2025 | | |
| Inmate Name | Kendrick Dixon #KD | Cell # | A-4 |

**INSTRUCTIONS**: Inmate Grievance Forms will not be processed unless they are complete and signed. Use of Grievance Procedure will not be held against the inmate.

1. I have tried to resolve this grievance verbally with Officer/Staff Sgt. Westley (Name) on 10.27.2025 (Date).

### Inmate's Statement

What is your grievance?

My grievance is about Sgt. Mosely and the lack of exercise and store services. I weighed 185 when I was book and in a 4 month span I gain almost 50lbs. Its either she doesn't come to work or she leaves work and goes home. I don't know her buisness, however the store isn't run as when Mrs Mckalya or Sgt. Flores run it. I don't eat certain trays as I expressed to the kitchen lady most trays are a mess or peanut butter and/or which for me is just a brown liquid with bolonge. I have state as well as Federal matters to handle, which this is a danger to my health. My family want answers as well. No sunlight or No fresh Air

Inmate's Signature: KD Date: 10/27/25 Time:

Receiving Officer: [signature] Date: 10/27/25 Time: 10:55

Officer Response (To be completed within 7 days excluding weekends and holidays)

Officer Signature By: _____ Date: _____

Original – Master Grievance File
Copy 1 – Returned to inmate with response
Copy 2 – Copy of grievance signed by receiving officer and returned to inmate

| | |
|---|---|
| 1. Initial Grievance Received | |
| 2. Initial Grievance Response | |
| 3. Appeal Filed by Inmate | |
| 4. Appeal Response | |
| 5. Case Closed | |

Exibit (D2)

# Laurens County Sheriff's Office

***Jail Administration***

511 Southern Pines Road
Dublin, GA 31021

*****

## INMATE GRIEVANCE FORM

No. 4579

(Revised 6/13/2012)

| | | | |
|---|---|---|---|
| **Date** | May 13, 2025 | | |
| **Inmate Name** | Kendrick Dixon | **Cell #** | A4 |

**INSTRUCTIONS:** Inmate Grievance Forms will not be processed unless they are complete and signed. Use of Grievance Procedure will not be held against the inmate.

1. I have tried to resolve this grievance verbally with Officer/Staff Sgt. Wesley (Name) on April 29, 2025 (Date).

### Inmate's Statement

What is your grievance?

I've written several request forms to variest officers. I was booked on Jan 26 and I was lighten of funds during my arrest. I spoke with [illegible] as well as officer [illegible] money that was removed from my person in approx $2760 in cash. Officers said they did an inventory sheet on all items left in the truck I was arrested in. I haven't recieved the inventory sheet and haven't been given the name of all officers who were present during my arrest. Also the non officer who prevent me from driving around him, before I was arrested by pulling his gun

Inmate's Signature: [signature] Date: May 13, 2025 Time: 7:45 pm

Receiving Officer: R Daniels Date: May 13, 2025 Time: 2140

**Officer Response** (To be completed within 7 days excluding weekends and holidays)

This was looked into and you have been told the results

**Officer Signature By:** R Daniels **Date:** 5

Lt [signature] 5-27-25

Have A Great Day

Original – Master Grievance File
Copy 1 – Returned to inmate with response
Copy 2 – Copy of grievance signed by receiving officer and returned to inmate

| | |
|---|---|
| 1. Initial Grievance Received | |
| 2. Initial Grievance Response | |
| 3. Appeal Filed by Inmate | |
| 4. Appeal Response | |
| 5. Case Closed | |

Exhibit (D)

# Laurens County Sheriff's Office

*Jail Administration*

511 Southern Pines Road
Dublin, GA 31021

★★★★★

## INMATE GRIEVANCE FORM

**No. 4579**

(Revised 6/13/2012)

| | | | |
|---|---|---|---|
| **Date** | May 13, 2025 | | |
| **Inmate Name** | Kendrick Dixon | **Cell #** | A4 |

**INSTRUCTIONS**: Inmate Grievance Forms will not be processed unless they are complete and signed. Use of Grievance Procedure will not be held against the inmate.

1. I have tried to resolve this grievance verbally with Officer/Staff [illegible] (Name) on April 29 2025 (Date).

### Inmate's Statement

What is your grievance?

I've written several request forms to various officers. I was booked on Jan 26 and I was lighten of funds during my arrest. I spoke with arresting officer as well as [illegible] Tapley about money that was removed from my person approx $2760 in cash. Officers said they did an inventory sheet on all items left in the truck I was arrested in. I haven't received the inventory sheet and haven't been given the name of all officers who were present during my arrest. Also the non officer who prevent me from driving around him before I was arrested by pulling his gun

Inmate's Signature: [signature] Date: May 13, 2025 Time: 7:45 pm

Receiving Officer: K Daniels Date: May 13, 2025 Time: 2140

Officer Response (To be completed within 7 days excluding weekends and holidays)

Officer Signature By: K Daniels Date: 5

Original – Master Grievance File
Copy 1 – Returned to inmate with response
Copy 2 – Copy of grievance signed by receiving officer and returned to inmate

| | |
|---|---|
| 1. Initial Grievance Received | |
| 2. Initial Grievance Response | |
| 3. Appeal Filed by Inmate | |
| 4. Appeal Response | |
| 5. Case Closed | |

Kendrick Dixon, 147281
Laurens County Jail
511 Southern Pines Rd.
Dublin, GA 31021

600 James Bro
Blvd, Augusta,
30901

US POSTAGE
IMI
$002.85
10/10/2026 ZIP 31027
043M30250113